UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
**TAMPA DIVISION**

CASE NO.:  8:11-cv-1429-T-33AEP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

STONECHEF CATERERS, INC., a Florida
corporation d/b/a STONECHEF,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, KENDRICK E. DULDULAO, and Defendant, STONECHEF CATERERS, INC., by and through their respective undersigned counsel, hereby notify the Court that settlement has been reached between the parties in the above styled case. The Confidential Settlement Agreement is being drafted and will be circulated for approval and signatures.  A Stipulation of Dismissal will be file shortly hereafter.

Dated this 28th day of September, 2011.

Respectfully submitted,

By: s/ B. Bradley Weitz_____      By: s/ Kay J. McGucken_____
    B. Bradley Weitz, Esq.                        Kay J. McGucken, Esq.
    Florida Bar NO: 479365                     Florida Bar NO: 230510
    THE WEITZ LAW FIRM, P.A.               KAY J. MCGUCKEN, P.A.
    Attorney for Plaintiff                         1320 9th Avenue, Suite 210
    Bank of America Building                   Tampa, Florida 33605
    18305 Biscayne Blvd., Suite 214           Telephone:  (813) 248-3782
    Aventura, Florida 33160                    Facsimile:   (813) 248-9267
    Telephone:   (305) 949-7777               Email: kjm1320@aol.com
    Facsimile:    (305) 704-3877               Attorney for Defendant
    Email: bbw@weitzfirm.com                Stonechef Caterers, Inc.